DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**BOOKER T. TRAVIS JR.,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D18-601

[June 14, 2018]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; William W. Haury Jr, Judge; L.T. Case No. 73-2431CF10A.

Booker T. Travis Jr, Miami, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, CONNER and KLINGENSMITH, JJ., concur.

*       *       *

***Not final until disposition of timely filed motion for rehearing.***